Opinion by RAO, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

**No. 64070.**—Trans World Shipping Corporation *v.* United States, protest 59/19171 (New York).

Opinion by RAO, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

BEFORE THE THIRD DIVISION, APRIL 8, 1960

**No. 64071.**—George Benz Sons, Inc., et al. *v.* United States, protests 52872–K, etc. (Minneapolis).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

**No. 64072.**—Empire Liquor Corp. et al. *v.* United States, protests 117037–K, etc. (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

APRIL 6, 1960

**No. 64073.**—SUIT 5029.—United States *v.* Camley International Co., Inc.— (Appeal dismissed February 2, 1960.)

BEFORE THE SECOND DIVISION, APRIL 11, 1960

**No. 64074.**—United Merchandising Corp. *v.* United States, protest 58/2488 (Los Angeles).